# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 28, 2006

Before

Hon. RICHARD D. CUDAHY, *Circuit Judge*
Hon. DANIEL A. MANION, *Circuit Judge*
Hon. DIANE S. SYKES, *Circuit Judge*

Nos. 05–1752 & 05–1814

| | |
|---|---|
| IN RE UNITED AIRLINES INC., <br> *Debtor.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| U.S. BANK NATIONAL ASSOCIATION, <br> *Appellant, Cross-Appellee,* | Nos. 04 C 6643, 04 C 6885 |
| *v.* | John W. Darrah, <br> *Judge.* |
| UNITED AIR LINES, INC., <br> *Debtor–Appellee, Cross-Appellant.* | |

## ORDER

Page 21 of the slip opinion issued in this case on February 13, 2006, is amended as follows: the paragraph beginning at line 8 with the words, "Finally, U.S. Bank's point," and ending at line 14 with the word "setoff," should be deleted and replaced with:

> Finally, U.S. Bank's point about holding a perfected security interest is beside the point. As of December 5, 2002, the effective date of this transfer, United was not in bankruptcy and the lending arrangement was proceeding as planned. United was current in its payments, and U.S. Bank had no reason to invoke its security interest to withhold payment. Accordingly, United is entitled to the full amount of the Category III Claims free from setoff.